# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned
IP address 68.37.187.39,

    Defendant.
_____/

Case No. 18-cv-12130
Hon. Matthew F. Leitman

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant John Doe's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

**IT IS SO ORDERED.**

                      /s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated: January 4, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2019, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764